UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
01-CV-582

Robert Francis Koelfgen et al.

v. ORDER

Citimortgage, Inc.

The Court has been advised by counsel that the above entitled action has been settled. Therefore, IT IS ORDERED that:

This action is dismissed with prejudice. In the event the parties wish to file settlement documents, counsel are directed to do so within 15 days.

Dated: May 22nd, 2001

JAMES M. ROSENBAUM
United States District Judge

MAY 23 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
CLERK