UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

---

Robert and Amy Koelfgen,

Plaintiffs,

v.

CitiMortgage, Inc.,

Defendant.

Court File No.: 01-582 JMR/SRN

**ORDER BASED UPON THE STIPULATION OF THE PARTIES**

---

IT IS HEREBY ORDERED that Plaintiffs' Complaint is dismissed with prejudice and on the merits, but without an award of costs and disbursements to any party.

Dated: May 28, 2001

BY: ____________________
Judge of District Court

FILED MAY 30 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTERED ________
DEPUTY CLERK'S INITIALS ________

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

---

Robert and Amy Koelfgen,

Plaintiffs,

v.

CitiMortgage, Inc.,

Defendant.

Court File No.: 01-582 JMR/SRN

**STIPULATION OF DISMISSAL**

---

Comes now the parties, and do hereby stipulate and agree that Plaintiffs' Complaint against Defendant CitiMortgage, Inc. may be dismissed with prejudice and on the merits, but without costs or fees to any party.

Dated: May 16th, 2001

Robert F. Koelfgen, Plaintiff

Dated: May 14th, 2001

Amy Koelfgen, Plaintiff

Dated: May 21, 2001

CitiMortgage, Inc., Defendant

By: Stephen J. Foley (MN #158495)

Its Attorney of Record

FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK